**Granted**

# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| Trina Lindsey | ) | |
| | ) | No. 98,2026 |
| Appellant/Defendant Below, | ) | |
| | ) | Court Below: Chancery Court of |
| | ) | the State of Delaware |
| v. | ) | Case No. 2025-0892-SEM |
| | ) | |
| Shannon Cooper, pro *se* | ) | Register of Wills No. 190119 CRJ |
| | ) | |
| Appellee/ Plaintiff Below | ) | |

## [PROPOSED]
## ORDER FOR REMAND

AND NOW, THEREFORE, having read and considered Appellee Trina Lindsey's Motion for Remand, it is hereby ORDERED that the above-captioned matter is REMANDED to the Chancery Court for a determination of Appellant Trina Lindsey's Motion to Vacate pursuant Rule 60 (2025-0892 DG) on the merits. Jurisdiction is not retained.

**IT IS SO ORDERED.**

 

_____
, Justice.

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| **Court:** | DE Supreme Court |
| **Judge:** | Supreme Court Delaware |
| **File & Serve Transaction ID:** | 79550580 |
| **Current Date:** | Jun 09, 2026 |
| **Case Number:** | 98,2026 |
| **Case Name:** | Trina Lindsey v. Shannon Cooper |

**Court Authorizer Comments:**

Having received no response from the appellee, the appellant's motion to remand is deemed to be unopposed.

**/s/ Judge Abigail LeGrow**